IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>DANIEL J. MISIUNAS,<br><br>                  Defendant. | **8:23CR42**<br><br>**ORDER** |

    **THIS MATTER** is before the court on the motion of Michael J. Hansen to withdraw as counsel for the defendant, Daniel J. Misiunas (Filing No. 18). Hannah E. Frankel and Stuart J. Dornan have filed entries of appearance as retained counsel for Daniel J. Misiunas. Therefore, Michael J. Hansen's motion to withdraw (Filing No. 18) will be granted.

    Michael J. Hansen shall forthwith provide Hannah E. Frankel and Stuart J. Dornan any discovery materials provided to the defendant by the government and any such other materials obtained by Michael J. Hansen which are material to Daniel J. Misiunas's defense.

    The clerk shall provide a copy of this order to Hannah E. Frankel and Stuart J. Dornan.

    **IT IS SO ORDERED.**

Dated this 13th day of April, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge